**Order entered August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01688-CV

**MAXIMUSALLIANCE PARTNERS, LLC, Appellant**

**V.**

**DAN FABER, ET AL., Appellees**

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-16379-H

## ORDER

We **GRANT** appellant's August 5, 2014 unopposed motion for an extension of time to

file a reply brief. Appellant shall file its reply brief on or before **September 16, 2014**.


/s/     ADA BROWN
JUSTICE